

**NUMBER 13-08-00690-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

HALFF ASSOCIATES, INC.,                                                    **Appellant,**

**v.**

SAN BENITO CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT,                              **Appellee.**

---

On appeal from the 107th District Court
of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Halff Associates, Inc., perfected an appeal from a judgment entered by

the 107th District Court of Cameron County, Texas, in cause number 2006-03-1233-A.

Appellant has filed a motion to dismiss the appeal on grounds that the parties have

reached a settlement of all matters in controversy. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 5th day of February, 2009.